DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

OSIRIS MARINE AND GENERAL
INSURANCE COMPANY LIMITED,

        *Plaintiff,*

-against-

THE FOURTEEN FLORENCE STREET
CORP. a/k/a FLORENCE WAREHOUSE,
INC. and MECCA & SONS TRUCKING
CORP.,

        *Defendants.*
------------------------------------x

08 Civ.

**08 CIV. 4232**

**JUDGE DANIELS**

<u>STATEMENT UNDER F.R.C.P. 7.1</u>

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party, Plaintiff Osiris Marine and General Insurance Company Limited certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- Louis Dreyfus Corporation

Dated: Rye, New York
       May 2, 2008

MALOOF BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff Louis Dreyfus Corp.*

\\SERVER1\Company\WP-DOCS\0701.87\040708 Rule 7.1 Statement.doc