06/11/2008 11:37  7322253544         BARRY MCTIERNAN WEDI        PAGE 01/01
06/09/2008 16:56  19149211023        MALOOF BROWNE EAGAN          PAGE 02/02

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OSIRIS MARINE AND GENERAL
INSURANCE COMPANY LIMITED,

                   Plaintiff,

    -against-

THE FOURTEEN FLORENCE STREET
CORP. a/k/a FLORENCE WAREHOUSE,
INC. and MECCA & SONS TRUCKING
CORP.,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 4232 (GBD)

**STIPULATION**

        The parties, through undersigned counsel, hereby stipulate that the matter be discontinued without prejudice and without costs.

Dated: Rye, New York
       June 9, 2008

MALOOF BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
Tel: (914) 921-1200
*Attorneys for Plaintiff*

BARRY, MCTIERNAN & WEDINGER

By: _____
Sean Del Duca, Esq.
1024 Amboy Avenue
Edison, NJ 08837
Tel: (732) 225-3510
*Attorney for Defendants*

JUN 1 2 2008

SO ORDERED: _____
United States District Judge
**HON. GEORGE B. DANIELS**